IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT  DIVISION

| | | |
|---|---|---|
| NOAH R. ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:15cv326 |
| FRANK LARA | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Noah R. Robinson, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge regarding this matter.  The Magistrate Judge recommends that the petition be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Petitioner filed  objections to the Report and Recommendation.

The Court has conducted a  *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the Court is of the opinion petitioner's objections are without merit.  The Magistrate Judge correctly concluded that the grounds for review asserted by petitioner do not provide him with a basis for relief in a petition filed pursuant to 28 U.S.C. § 2241.

### ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**.  A final judgment will be entered in accordance with the recommendation of the Magistrate Judge.

So **ORDERED** and **SIGNED** this **6**   day of **May, 2016.**

_____
Ron Clark, United States District Judge